UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH J. NELSON and MICHAEL WYCOFF, on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | CASE NO. 1:02-cv-0477-DFH-TAB |
| ) | |
| IPALCO ENTERPRISES, INC., EMPLOYEES' PENSION COMMITTEE for Employees' Thrift Plan of Indianapolis Power & Light Company, JOHN R. HODOWAL, RAMON L. HUMKE, BRYAN G. TABLER, MAX CALIFAR, STEVE J. PLUNKETT, and TOM A. STEINER, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

ENTRY ON PLAINTIFFS' FEE PETITION AND DEFENDANTS' COSTS

On February 3, 2006, shortly before the bench trial in this action, the court granted plaintiffs' second motion to compel defendants to produce documents related to the state investigation of defendants that should have been produced in discovery in this case. The court held that plaintiffs could recover their attorney fees and costs incurred in pursuing the second motion to compel. Plaintiffs have requested an award of fees of $11,000. Docket No. 53. Defendants have responded that the appropriate amount would be $4,300.75. Docket No. 57. The court has held the matter for resolution at the conclusion of the case in the district court.

By separate entry today, the court is stating its findings of fact and conclusions of law on the merits of the case and entering judgment for defendants. Defendants are therefore the prevailing parties who would ordinarily be entitled to an award of their costs (though not their attorney fees) under Rule 54(d) of the Federal Rules of Civil Procedure.

Under Rule 54(d)(1) of the Federal Rules of Civil Procedure, a prevailing party is entitled to an award of costs other than attorney fees "as of course." The Seventh Circuit has described Rule 54(d)(1) as creating a presumption in favor of costs, and a presumption that is "difficult to overcome." *Congregation of the Passion, Holy Cross Province v. Touche, Ross & Co.*, 854 F.2d 219, 221-22 (7th Cir. 1988); accord, *Contreras v. City of Chicago*, 119 F.3d 1286, 1295 (7th Cir. 1997). A losing party's good faith in pursuing a claim or defense does not by itself defeat the presumption. See *Muslin v. Frelinghuysen Livestock Managers, Inc.*, 777 F.2d 1230, 1236 (7th Cir. 1985). The presumption in favor of awarding costs may be overcome if the losing party is unable to pay the costs or if the prevailing party engaged in some "misconduct" worthy of a penalty. *Congregation of the Passion*, 854 F.2d at 222. Examples of such misconduct worthy of a penalty include calling unnecessary witnesses, raising unnecessary issues, or otherwise unnecessarily prolonging the proceedings. *Id.*

The defendants' recoverable costs in this case are likely to be substantial and to exceed the amount sought by plaintiffs' fee petition. Both plaintiffs' fee

petition and an award of costs to prevailing defendants are left to the sound discretion of the district court.  In light of the named plaintiffs' roles as representatives of a class that suffered substantial losses, the uncertainty and evolution of the law as it has applied to this case, and the defendants' unexcused failure to comply with their discovery obligations, the court finds that the best course is to deny both the plaintiffs' petition for attorney fees and any request for costs by defendants.

So ordered.

Date: March 28, 2007

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com

Dane Hal Butswinkas
WILLIAMS & CONNOLLY LLP
dbutswinkas@wc.com

James H. Ham III
BAKER & DANIELS
jhham@bakerd.com

Catherine A. Meeker
BAKER & DANIELS
cameeker@bakerd.com

Vidya Atre Mirmira
WILLIAMS & CONNOLLY
vmirmira@wc.com

John Andrew Ploumitsakos
WILLIAMS & CONNOLLY LLP
jploumitsakos@wc.com

John R. Price
JOHN R PRICE & ASSOCIATES
john@johnpricelaw.com

John W. Purcell
BAKER & DANIELS
john.purcell@bakerd.com

Nicholas Styant-Browne
HAGENS BERMAN, LLP
nick@hagens-berman.com

Andrew M. Volk
HAGENS BERMAN SOBOL SHAPIRO LLP
andrew@hbsslaw.com

Tyler Stuart Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
tyler@hbsslaw.com

-5-

R. Hackney Wiegmann
WILLIAMS & CONNOLLY LLP
hwiegmann@wc.com

Paul A. Wolfla
BAKER & DANIELS
paul.wolfla@bakerd.com