UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH J. NELSON and MICHAEL WYCOFF, on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO. 1:02-cv-0477-DFH-TAB |
| IPALCO ENTERPRISES, INC., EMPLOYEES' PENSION COMMITTEE for Employees' Thrift Plan of Indianapolis Power & Light Company, JOHN R. HODOWAL, RAMON L. HUMKE, BRYAN G. TABLER, MAX CALIFAR, STEVE J. PLUNKETT, and TOM A. STEINER, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

FINAL JUDGMENT

The court having this day issued its findings of fact and conclusions of law, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiffs Joseph J. Nelson, Michael Wycoff, the Employees' Thrift Plan of Indianapolis Power and Light Company, and the class of all Thrift Plan participants and beneficiaries who held beneficial interest in IPALCO Enterprises, Inc. stock that was exchanged for stock in The AES Corporation on March 27, 2001, and who did not opt out of the plaintiff class, take nothing by their complaint against defendants IPALCO Enterprises, Inc., the Employees' Pension Committee for the Employees' Thrift Plan of Indianapolis Power & Light Company, John R. Hodowal, Ramon L. Humke,

-2-

Bryan G. Tabler, Max Califar, Steve J. Plunkett and Tom A Steiner, and that this action is DISMISSED WITH PREJUDICE. All parties shall bear their own costs.

Date: March 28, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Copies to:

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com

Dane Hal Butswinkas
WILLIAMS & CONNOLLY LLP
dbutswinkas@wc.com

James H. Ham III
BAKER & DANIELS
jhham@bakerd.com

Catherine A. Meeker
BAKER & DANIELS
cameeker@bakerd.com

Vidya Atre Mirmira
WILLIAMS & CONNOLLY
vmirmira@wc.com

John Andrew Ploumitsakos
WILLIAMS & CONNOLLY LLP
jploumitsakos@wc.com

John R. Price
JOHN R PRICE & ASSOCIATES
john@johnpricelaw.com

John W. Purcell
BAKER & DANIELS
john.purcell@bakerd.com

Nicholas Styant-Browne
HAGENS BERMAN, LLP
nick@hagens-berman.com

Andrew M. Volk
HAGENS BERMAN SOBOL SHAPIRO LLP
andrew@hbsslaw.com

Tyler Stuart Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
tyler@hbsslaw.com

-4-

R. Hackney Wiegmann
WILLIAMS & CONNOLLY LLP
hwiegmann@wc.com

Paul A. Wolfla
BAKER & DANIELS
paul.wolfla@bakerd.com